HARRY N. KONWISER, Respondent, v. THE M. A. HANNA COMPANY, Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs. On the facts disclosed plaintiff failed to establish the cause of action alleged or any cause of action for the claimed bonus. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes for affirmance.

IRVING TRUST COMPANY, Respondent, v. BERGEN COUNTY SYNDICATE, INC., and Others, Defendants, Impleaded with BENJAMIN KAPLAN, Appellant.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent.

In the Matter of the Application of MARY COFFEY MCCORMICK, Administratrix, etc., of MARGARET COFFEY, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. HANNAH MURTHA, Appellant; MARY COFFEY MCCORMICK, as Administratrix, etc., Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELSIE ASHWOOD, Appellant, v. NEWS SYNDICATE Co., INC., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

RHYNE-HOUSER MANUFACTURING Co., Appellant, v. PLYMOUTH THREAD AND RAYON CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of THE PENNSYLVANIA RAILROAD COMPANY, Petitioner, for a Review of a Determination of WILLIAM G. FULLEN and Others, Constituting the Transit Commission of the State of New York, and the TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ISIDORE POLISUK, Appellant, v. GEORGE S. KAUFMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ADEL VON PLONSKI, Respondent, v. HERBERT MESSLER, Appellant.— Orders unanimously modified by reducing the amount to be paid by defendant for the support and maintenance of the child to the sum of twelve dollars per week, and, as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL S. GOODMAN, Appellant, v. ARTHUR LEVINE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.